IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>$445.00 IN U.S. CURRENCY,<br><br>**Defendant.** | CIVIL NO. 19- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico and Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code,</u> Sections 841(a)(1), 881(a)(6).

DEFENDANT <u>IN REM</u>

2. The defendant currency seized by an officer of the United States Customs and Border Protection ("CBP") and the Immigration and Customs Enforcement-Homeland Security Investigations ("ICE-HSI"), consists of $445.00 in U.S. currency.

1

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841 and 881.

4. This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant currency is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant currency is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Section 841 (Unlawful acts) and Section 881(a)(6) (all moneys, negotiable, instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this chapter).

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the

Immigration and Customs Enforcement-Homeland Security Investigations ("ICE-HSI"), Special Agent, Pedro N. López attached hereto, and incorporated herein as if fully stated.

CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 26th day of July, 2019.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/Héctor E. Ramirez-Carbó
Héctor E. Ramírez-Carbo
Assistant U.S. Attorney
Chief Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

VERIFIED DECLARATION

I, Héctor E. Ramírez-Carbó, Assistant U.S. Attorney, Chief Civil Division for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the ICE-HSI; that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 26th day of July, 2019.

/s/ Héctor E. Ramírez-Carbó
Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief Civil Division

VERIFIED DECLARATION

I, Pedro N. López, Special Agent, ICE-HSI, declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 26 day of July, 2019.

Pedro N. López, Special Agent
Immigration and Customs Enforcement-
Homeland Security Investigations ("ICE-HSI")

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

# TITLE 28 UNITED STATES CODE 1746

Pursuant to 28 U.S.C. § 1746, I, Pedro N. Lopez, declare under penalty of perjury that the foregoing is true and correct:

## PROFESSIONAL BACKGROUND

The affiant is a Special Agent employed with Homeland Security Investigations (HSI). The affiant has been employed as a Special Agent with HSI since March of 2003. The Affiant attended the Criminal Investigator School and the Customs Basic Enforcement School at the Federal Law Enforcement Training Center. The affiant also attended the Immigration Cross- Training for legacy Customs Agents in Guaynabo, Puerto Rico.

. The affiant is currently assigned to the HSI Mayaguez office, Mayagüez, Puerto Rico. As a Special Agent my job and responsibilities include conducting investigations of alleged manufacturing, distributing or possession of controlled substances (21 U.S.C. 841 (a)(1)), importation of controlled substances (21 U.S.C. 952 (a)), and smuggling of goods into the United States (18 U.S.C. 545). My duties also include the enforcement of Immigration and Nationality laws and regulations to identify, locate, apprehend, and prosecute those individuals involved in the organized smuggling of aliens across the borders into the United States.

Through investigations and training, the affiant has become familiar with narcotics and alien smuggling techniques, the types and amounts of profits made by drug dealers and methods, language, and terms, which are used to disguise the source and nature of the profits from their activities.

This affidavit is made in support of a Criminal Complaint filed against Roberto YANEZ-RODRIGUEZ for Title 21, United States Code, Section 841, selling and distribution of narcotics, and Title 18, United States Code, Section 924( C)(1)(A) In Possession of a firearm and ammunition, involving drugs or violence.

Because this declaration is submitted for a limited purpose, the undersigned has not included details of every aspect of this investigation. The undersigned is thoroughly familiar with the information contained in this declaration, either through personal investigation or through discussion with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

## ITEM TO BE FORFEITED

$445.00 in U.S. currency.

## INVESTIGATION

This case was presented to HSI as a joint operation with PRPD and HSI Mayaguez as part of the Firearms initiative.

1. On May 23, 2019, PRPD Case Agent Edwin Calderon Torres (hereinafter Calderon) received information from an anonymous person indicating that YANEZ-RODRIGUEZ arrived from the city of Boston after having been incarcerated for various crimes, with the intent to take control of drug sales at sector Guerreros, located in Aguadilla, PR. Subsequently, Calderon conducted criminal history checks on YANEZ-RODRIGUEZ and the same revealed that he in fact had various charges for assault and battery; vandalize property, witness intimidation, and other charges.

2. On June 4, 2019, Calderon corroborated information previously provided by the

anonymous person. Calderon met with a confidential source (hereinafter CS) that stated that Robert YANEZ RODRIGUEZ AKA MECO lives at Barrio Guerreros sector las Parcelas Rafael Hernandez, calle Estrella de Aguadilla. The CS described YANEZ RODRIGUEZ as 5'8" tall approximately 25 years old and weighs 185 lbs, black hair with tattoos on his right arm, and both his legs. The CS stated that he/she knew YANEZ RODRIGUEZ for several years. The CS proceeded to show Calderon pictures of YANEZ RODRIGUEZ stored inside his/her cellphone and said that YANEZ RODRIGUEZ intended to control drug sales at sector Guerreros. The CS stated that YANEZ RODRIGUEZ is always armed with illegal firearms and has fired rounds into the air. CS stated that said subject stores firearms and narcotics at his residence and he travels in a 2017 Black in color Honda model HR-V bearing license plate #IWN-454.

3. On June 13, 2019, at approximately 1500hrs, Calderon traveled to and arrived at las Parcelas Rafael Hernandez, Barrio Guerrero de Aguadilla and parked his vehicle with visibility towards YANEZ RODRIGUEZ' residence. At approximately 1535hrs, assisted with binoculars, Calderon witnessed the Honda black in color bearing PR License plate #IWN-454 arrive at the aforementioned residence. Calderon witnessed YANEZ RODRIGUEZ exit his vehicle wearing red short pants and a gray sleeveless tank top type shirt, with his tattoos visibly shown on his right arm and both legs. YANEZ RODRIGUEZ wore a black bag strapped across his chest, he bent down and reached into said vehicle and removed a pistol from under the front driver's seat and stored it inside his black bag. YANEZ RODRIGUEZ closed said vehicle and entered his residence. Several minutes later Calderon witnessed a white male, approximately 25 years old with brown and dark sunglasses wearing a white t-shirt with designs and

3

beige jeans, arrive at YANEZ RODRIGUEZ' residence riding a bicycle. The subject whistled and several seconds later, YANEZ RODRIGUEZ came from out of his residence, holding a paper bag in his hands and gave it to the mentioned subject. The subject removed from the bag several small transparent baggies also known as decks containing a white powdery substance, the subject returned the small bags into the paper bag and departed on his bicycle. Subsequently, Calderon departed from the location and solicited search warrants for said vehicle and residence and both were granted.

4. On June 17, 2019, PRPD conducted firearms license queries for YANEZ RODRIGUEZ, and the same revealed that he had no license to carry a firearm.

5. On June 18, 2019, the CS informed Calderon that YANEZ RODRIGUEZ left his residence and was headed on his aforementioned vehicle in direction towards a car wash near a gasoline station located on road 465 Barrio Guerrero. PRPD arrived on site and saw YANEZ RODRIGUEZ standing near his car. YANEZ RODRIGUEZ attempted to flee upon law enforcement presence but was subdued and detained. PRPD Agent Edgardo Jusino executed the search warrant for said vehicle. The search inside the truck (is it a truck or a Honda vehicle?) yielded the following: one (1) Drum type 40 caliber magazine with capacity to load 50 rounds, same was loaded with twenty-seven (27) 40 caliber rounds and one (1) black in color Gucci fanny bag, which contained two (2) 40 caliber magazines with capacity of 28 rounds, and one of the magazines was loaded with ten (10) 40 caliber rounds. Inside the vehicle on the front console, seventeen (17) small baggies containing a white powder that field tested positive for cocaine, was discovered along with two (2) additional baggies containing marihuana, which field tested positive for marihuana. In the glove

compartment, one (1) loaded Glock model 22, Pistol 40 caliber, bearing serial number TEW681 and one (1) magazine containing (13) rounds was discovered. In addition, YANEZ RODRIGUEZ had in his possession four hundred and forty-five ($445.00) dollars in U.S. currency and one (1) cellphone Samsung model Galaxy. The search warrant served at the residence yielded one (1) baggie containing marihuana found on the floor and one (1) baggie containing cocaine found near a shoe box; both baggies were found in his bedroom.

6. Through investigations and training, the affiant has become familiar with the types and amounts of profits made by drug dealers and methods, language, and terms, which are used to disguise the source and nature of the profits from their activities.

    The investigation revealed that firearms and ammunition are not manufactured in Puerto Rico and therefore the one seized from, YANEZ RODRIGUEZ must have traveled in interstate or foreign commerce.

    The 2017 Honda model HR-V bearing Puerto Rico License plate #IWN-454, which is suspected to be stolen, is registered to Jose G. Rodriguez Feliciano addressed at Gurabo, Puerto Rico.

7. A query in the criminal records of, YANEZ RODRIGUEZ revealed that he was previously convicted in Springfield Massachusetts for crimes punishable by imprisonment for a term of one year for Assault and Battery and intimidation of court officials.

Based on the facts listed above, there is probable cause to believe the seized currency represents drug proceeds in Puerto Rico in violation of 21 U.S.C. § 881. ICE hereby requests

that the U.S. Attorney's Office for the District of Puerto Rico initiate judicial forfeiture action against the subject property $445.00 in U.S. currency under 21 U.S.C. § 881.

Signed under penalty of perjury, in San Juan, Puerto Rico this 26th of July 2019.

Pedro N. Lopez, Special Agent
Immigration and Customs Enforcement-
Homeland Security Investigations ("ICE-HSI")

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
US v. $445.00 IN U.S. CURRENCY,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Héctor E. Ramírez-Carbó AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR 00918

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [x] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question (U.S. Government Not a Party)
- [ ] 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [x] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from another district (specify)
- [ ] 6   Multidistrict Litigation
- [ ] 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Sections 841 and 881.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: July 26, 2019

SIGNATURE OF ATTORNEY OF RECORD: s/Héctor E. Ramírez-Carbó

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. $445.00 IN U.S. CURRENCY,

2. Category in which case belongs: (See Local Rules)

   [X] ORDINARY CIVIL CASE — CIVIL FORFEITURE
   ____ SOCIAL SECURITY
   ____ BANK CASE
   ____ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES   [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES   [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES   [X] NO

(Please Print)

USDC ATTORNEY'S ID NO.: 214902

ATTORNEY'S NAME: HECTOR E. RAMIREZ-CARBO

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY  PR   ZIP CODE 00918

TELEPHONE NO.: 787-766-5656